1  TRACY L. WILKISON
   Acting United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   JOANNE S. OSINOFF
4  Assistant United States Attorney
   Chief, General Civil Division
5  GWENDOLYN M. GAMBLE (Cal. Bar No. 143267)
   Assistant United States Attorney
6       Federal Building, Suite 7516
        300 North Los Angeles Street
7       Los Angeles, California 90012
        Telephone: (213) 894-6684
8       Facsimile: (213) 894-7819
        E-mail: gwen.gamble@usdoj.gov
9
   Attorneys for Defendant
10 UNITED STATES

11

12              UNITED STATES DISTRICT COURT

13         FOR THE CENTRAL DISTRICT OF CALIFORNIA

14

15 KEN FLOWERS,                          Case No. CV 20-11775 SB (PDx)

16          Plaintiff,                   **NOTICE OF NON-RECEIPT OF
                                         OPPOSITION TO MOTION TO
17       v.                              DISMISS; DECLARATION OF
                                         GWENDOLYN M. GAMBLE**
18 CLINICAS DEL CAMINO REAL, INC.
   and NISHA PATEL,                      **[PROPOSED] ORDER**
19
20          Defendants.
                                         Honorable Stanley Blumenfeld, Jr.
21

22

23

24

25

26

27

28

**NOTICE OF NON-RECEIPT OF OPPOSITION TO MOTION TO DISMISS**

On January 6, 2021, Defendant[1] filed a Motion to Dismiss. (Dkt. No. 7.)  The Motion was noticed for February 10, 2021. (*Id.*)  Pursuant to Local Rules 7-9 and 7-10, Plaintiff's Opposition was due to be filed on January 20, 2021, and any Reply is due to be filed on January 27, 2021.  No Opposition has been filed.

In light of the arguments raised in Defendant's Motion and Plaintiff's failure to file an Opposition, and in consideration of "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to [Defendants]; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions," *Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995) (citation and internal quotation marks omitted), Defendant respectfully requests that Plaintiff's action be dismissed without prejudice. See also Local Rule 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion . . . .").

Dated: January 28, 2021

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section


   */s/ Gwendolyn M. Gamble*
Gwendolyn M. Gamble
Assistant United States Attorney
Attorneys for Defendant

---

[1] On January 5, 2021, the United States filed a Notice of Substitution with this Court. 42 U.S.C. § 233(c) (Dkt. No 6.)  As detailed in the Notice of Substitution and Certification attached thereto, the United States has been substituted as the Defendant in place of Defendants Clinicas Del Camino Real, Inc. and Nisha Patel pursuant to 42 U.S.C. § 233(c).  *Id.* The United States also submitted a proposed order to correct the caption, which is pending before this Court.  *Id.*

1

1

## <u>DECLARATION OF GWENDOLYN M. GAMBLE</u>

2

3       I, Gwendolyn M. Gamble, pursuant to 28 U.S.C. § 1746 state as follows:

4       1.      I am an Assistant United States Attorney ("AUSA") for the Central

5   District of California, and am the attorney primarily responsible for representing the

6   United States in this action.

7       2.      Attached hereto is a January 25, 2021, letter to Plaintiff identifying among

8   other things the Local Rule requirement regarding any Opposition to the Motion to

9   Dismiss, and a January 22, 2021 telephone discussion regarding same.

        I declare under penalty of perjury that the foregoing is true and correct.

10      Executed on January 28, 2021 at Los Angeles, California.

11

12                                      /s/ *Gwendolyn M. Gamble*
                                        GWENDOLYN M. GAMBLE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2